# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128847

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DAVID ALLEN,
　　　　　Plaintiff-Appellee,

v

BALKEMA EXCAVATING, INC., EAGLE
CLAIMS MANAGEMENT, L.L.C., AZO
LANDFILL MANAGEMENT a/k/a BEST WAY
DISPOSAL,
　　　　　Defendants-Appellants.

SC: 128847
COA: 258523
WCAC: 03-000176

_____/

　　　　On order of the Court, the application for leave to appeal the May 9, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

Corbin R. Davis

t1121

Clerk